State v. Bryan

hearing before the Forsyth County Superior Court. Pursuant to this hearing, the trial judge entered a judgment ordering the petitioner's driving privileges restored. From this judgment, the respondent appealed.

*Attorney General Edmisten by Assistant Attorneys General William B. Ray and William W. Melvin for the respondent.*

*No counsel contra.*

STATE OF NORTH CAROLINA v. STACY DONALD BRYAN

No. 7516SC10

(Filed 19 March 1975)

Rape § 11— carnal knowledge of female under twelve — sufficiency of evidence

In a prosecution for carnal knowledge of a female under the age of twelve, evidence was sufficient to be submitted to the jury where it included testimony by defendant's stepdaughter, who was eleven years old at the time of the crime, that defendant threatened to beat her and had sexual intercourse with her.

APPEAL by defendant from *Clark, Judge.* Judgment entered 14 October 1974 in Superior Court, ROBESON County. Heard in the Court of Appeals 17 March 1975.

Defendant was tried on a bill of indictment charging him with carnal knowledge of a female under the age of twelve. The jury found him guilty of assault with intent to commit rape. From judgment imposing a sentence of thirteen to fifteen years imprisonment, defendant appealed to this Court.

*Attorney General Edmisten, by Assistant Attorney General Norman L. Sloan, for the State.*

*W. Earl Britt for defendant appellant.*

ARNOLD, Judge.

Defendant's sole assignment of error concerns the trial court's denial of his motions for nonsuit. The State's evidence included the testimony of defendant's stepdaughter that on the afternoon of 6 February 1974 defendant threatened to beat her and had sexual intercourse with her. The child was eleven years of age at the time. This evidence was quite sufficient to submit the case to the jury. *State v. Robertson,* 284 N.C. 549, 202 S.E. 2d 157 (1974) ; *State v. Murry,* 277 N.C. 197, 176 S.E. 2d 738 (1970). We have examined the record and find no error prejudicial to defendant.

No error.

Chief Judge BROCK and Judge PARKER concur.